# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

| | | |
|---|---|---|
| JOY D. ODOM, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 2:12CV98 KS-MTP |
| WAL-MART STORES EAST, LP | * | |
| Defendant. | * | |

## WAL-MART STORES EAST, L.P.'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Wal-Mart Stores East, L.P. (hereinafter "Wal-Mart"), and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* files this its Motion for Summary Judgment and would show unto the Court that no genuine issue of material fact exists as to Plaintiff's allegations against it and that Wal-Mart is due to prevail as a matter of law. In so moving, Wal-Mart relies upon the following, to wit:

1. All pleadings previously filed herein;

2. Its Brief in support of its Motion for Summary Judgment, filed concurrently;

3. Wal-Mart's Undisputed Findings of Fact and Conclusions of Law, filed concurrently.

4. Deposition of Joy Odom, specifically pages 14, 16-20, 22, 24-30, 34-35;

5. Deposition of Vic Ellis, specifically pages 10-12, 15-17, 21-24;

1

6.	Deposition of Faye Ellis, specifically pages 9-19.

WHEREFORE, premises considered, the defendant, Wal-Mart Stores East, L.P., respectfully requests this Court enter an Order granting it summary judgment as to the Plaintiff's complaint and all allegations contained therein against it, each and every count thereof, separately and severally.

Dated: March 14, 2013

	_____/s/ W. Pemble DeLashmet_____
	W. PEMBLE DELASHMET (MS#8840)
	wpd@delmar-law.com
	CHAD C. MARCHAND (MS#102752)
	ccm@delmar-law.com
	ASHLEY P. GRIFFIN (MS#104044)
	apg@delmar-law.com
	Attorneys for Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:  (251) 433-1577
Facsimile:   (251) 433-1578

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this 14th day of March, 2013, electronically filed the forgoing document with the Clerk of the Court using the ECF System which sent notification of such filing to Lester Clark, Jr., Esquire, attorney for Plaintiff.

                */s/ W. Pemble DeLashmet*
                OF COUNSEL